UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BORETTI,

                Plaintiff,            No. 07-CV-12784-DT

vs.                                    Hon. Gerald E. Rosen

OAKLAND COUNTY EXECUTIVE,
L. Brooks Patterson, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      April 28, 2009

                PRESENT:  Honorable Gerald E. Rosen
                                  Chief Judge, United States District Court

        This matter having come before the Court on the March 27, 2009 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court dismiss Plaintiff's complaint for failure to effect timely service of process; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, this case should be dismissed; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of March 27, 2009 **[Dkt. # 15]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is DISMISSED in its entirety, without prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  April 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2009, by electronic and/or ordinary mail.

s/Ruth Brissaud
Case Manager